# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| DENNIS G. McLAUGHLIN, III | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:24-CV-0003-S |
| FAMILY ASSETS MANAGEMENT, LLC | § | |
| | § | |
| | § | BANKRUPTCY CASE |
| IN RE: | § | NO. 10-35641-SGJ7; 10-03280-SGJ |
| | § | |
| DENNIS G. McLAUGHLIN, III | § | Chapter 7 |

## ORDER

The parties have announced they require additional time to finalize settlement negotiations. Accordingly, the parties' Joint Motion to Abate Appeal [ECF No. 2] is **GRANTED** and this case is **ABATED** and **ADMINISTRATIVELY CLOSED**, without prejudice to its being reopened upon motion by any party to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

**SO ORDERED.**

SIGNED February 12, 2024.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**